

May 13, 2022

Judge P. Kevin Castel
United States Courthouse Courtroom 11D
500 Pearl Street New York, New York 10007

      Re: *Agro v. Exactech, Inc.* 1:22-cv-02134-PKC

Good Morning,

 This matter is scheduled to have a pre-trial conference on Monday, May 16, 2022 at 11 a.m. We are seeking an adjournment to whenever the Court deems appropriate because defense counsel has yet to appear or file an Answer in this matter even though they were properly and timely served (please see attached Affidavit of Service).

 There has been no previous attempts at adjournment or extension of this date, and defense counsel cannot consent to this request because as mentioned above, they have yet to appear.

             Very truly yours,

             Armand V. Magardician, Esq.
             Marc J. Bern & Partners LLP

AM/ 2019-10944

Application GRANTED.
Conference adjourned to June 27, 2022 at 11:30 AM, to be held telephonically (Dial-in: 1-888-363-4749; Access code: 3667981).

SO ORDERED.
Date: 5/13/2022

      P. Kevin Castel
      United States District Judge

ONE GRAND CENTRAL PLACE • 60 E. 42ND ST., STE 950 • NEW YORK, NY 10165 • TEL: (212) 702-5000 • FAX: (212) 818-0164 • TOLL FREE: 800-LAW-5432

NEW YORK • PENNSYLVANIA • ILLINOIS • CALIFORNIA

WWW.BERNLLP.COM